# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff<br><br>vs.<br><br>Richard Anthony ROJAS<br><br>          Defendant. | Magistrate's Case Number 08 MJ 2268<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 21, United States Code Section(s) 952 and 960- Importation of a Controlled Substance (Felony): |

The undersigned complainant being duly sworn states:

## COUNT ONE

That on or about July 27, 2008, within the Southern District of California, defendant Richard Anthony ROJAS did knowingly and intentionally import approximately 4.65 kilograms of Methamphetamine, a schedule II controlled substance into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, incorporated herein by reference.

_____
Special Agent Firas Maroki
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence this 28th day of July, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

**United States of America**
**vs.**
**Richard Anthony ROJAS**

# {STATEMENT OF FACTS}

These facts are based on written and oral statements received from other law enforcement officers. I submit that the facts contained in this statement demonstrate that probable cause exists to believe that the Defendant named in the attached complaint committed the crimes charged in the complaint.

On July 27, 2008, at approximately 3:48 PM, Richard Anthony ROJAS applied for entry into the United States from Mexico at the San Ysidro Port of Entry. ROJAS was the driver and sole occupant of a white 1999 Dodge Ram truck with California/United States license plate number 7F92452. United States Customs and Border Protection Officer (CBPO) R. Meza was assigned to vehicle primary lane #10 at San Ysidro Port of Entry when the mentioned vehicle approached his booth. CBPO Meza received two negative declarations from ROJAS. CBPO Meza asked ROJAS what was his purpose for visit to Mexico, and ROJAS stated he went down for two days to party. CBPO Meza asked ROJAS to hand him the keys to do his inspection. ROJAS stated that the vehicle belonged to a friend of his. ROJAS stated that he was on his way back home to Los Angeles, California. CBPO Meza noticed ROJAS appeared to show signs of nervousness by acting as if he was tired. CBPO Meza referred the vehicle to secondary for further inspection.

CBP Canine Enforcement Officer (CEO) P. Martinez was requested to conduct a canine inspection on the aforementioned vehicle. CBP/CEO Martinez utilized his Narcotics Detector Dog (NDD) to screen the vehicle. CBP/CEO Martinez noticed that his NDD alerted to the presence of narcotics emanating from the interior dashboard area of the vehicle driven by ROJAS. CBP/CEO Martinez notified CBPO M. Barnes of the canine alert. ROJAS was escorted to the security office where a pat down was conducted.

Inspection of the vehicle by CBPO L. Vaca resulted in the discovery and seizure of six (6) packages, which contained a substance that field-tested positive for methamphetamine, a Schedule II controlled substance, with an approximate weight of 4.65 kilograms. The packages were discovered hidden inside the dashboard area of the vehicle.

ROJAS was arrested for violating Title 21, United States Code, Sections 952 & 960- Importation of a controlled substance. He was processed and subsequently booked into the Metropolitan Correctional Center, San Diego, California, pending judicial proceedings.